# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GLENCORE LTD., | § | |
| | § | |
| Defendant and Counterclaim | § | No. 171, 2016 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N15C-08-032 |
| ST. CROIX ALUMINA, LLC and | § | |
| ALCOA WORLD ALUMINA, LLC, | § | |
| | § | |
| Plaintiffs and Counterclaim | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted:  November 2, 2016
Decided:     November 4, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## **O R D E R**

This 4th day of November 2016, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its decision dated February 8, 2016.[1]

---

[1] *Alcoa World Alumina LLC v. Glencore Ltd.*, 2016 WL 521193 (Del. Super. Ct. Feb. 8, 2016).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

2